26-mj-4288-DHH

26-MJ-4228-DHH

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, David Durfee, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am employed as a Special Agent with the Federal Protective Service ("FPS"), assigned to the Region 1 Investigations Branch in Boston, Massachusetts. I have been-* an Agent with the FPS since July 2024. As part of my duties as an FPS Special Agent, I investigate general crimes. I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program in February 2025. I have experience investigating crimes against federal employees and federal property, including threats and assaults on federal government employees.

2.      This affidavit is made in support of a criminal complaint against Ashlie Jeremie ("JEREMIE") for attempted possession of a firearm in a federal facility, in violation of 18 U.S.C. § 930(a).  JEREMIE is currently in custody following a probable cause arrest by the FPS on May 18, 2026, in connection with this offense.

3.      The information contained in this affidavit is based upon my involvement with this investigation, information supplied to me by other law enforcement officers, and review of surveillance video footage.  This affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant. As such, I have not included each and every fact of this investigation, but instead have set forth only the most relevant facts that establish the requisite probable cause.

**STATEMENT OF PROBABLE CAUSE**

4.      The Thomas P. O'Neill, Jr. Federal Building (the "O'Neill Federal Building") is an administrative center of the United States federal government in Boston, Massachusetts.  The building houses the New England regional offices of numerous federal agencies, including, among

1

others, the Social Security Administration, the Defense Contact Management Agency, and Federal

Protective Service.

5.　　　At approximately 1:11 p.m. on May 18, 2026, an individual, later determined to be

JEREMIE, entered the O'Neill Federal Building through the employee entrance located in the rear

of the building near TD Garden.  This entrance is temporarily serving as the main entrance for all

visitors because an X-ray machine at the normal entrance is out of service.  There is a prominent

sign before visitors enter security screening stating, "[F]ederal law prohibits the possession of

firearms or other dangerous weapons in federal facilities . . . by all persons not specifically

authorized by Title 18, United States Code Section 930.  Violators will be subject to fines and/or

imprisonment for periods up to five (5) years."



6.　　　Once inside the building, JEREMIE submitted to security screening and placed a

black backpack into the X-ray machine.  A security guard then observed what appeared to be a

small handgun in the backpack through the X-ray machine image.



7.      The security guard asked JEREMIE what object was at the bottom of the bag, and JEREMIE stated that he did not know.  Because the security guard believed that the object could be a firearm, he contacted FPS for assistance.

8.      FPS agents and uniformed officers arrived on scene at approximately 1:21 p.m. Investigators opened JEREMIE's backpack and observed an object wrapped in multiple plastic shopping bags.  FPS unwrapped the item and discovered that it was a Jimenez Arms JA-380 semi-automatic pistol, bearing serial number 448292.  The firearm was loaded with one .380 automatic bullet.  Investigators located two other loose bullets in the bag with the firearm.  Images of the plastic bags containing the firearm, as well as the firearm, are included below.

 

9.      FPS detained JEREMIE and, after administering his *Miranda* rights, conducted an interview.  JEREMIE claimed to have found the bag approximately one week earlier near the Dick's Sporting Goods located at 760 Boylston Street, Boston, Massachusetts.  JEREMIE claimed that, when he found the backpack, it contained the same clothes and necklace he was wearing  at the time of the offense described herein, along with an expensive watch that he had given to an acquaintance.  JEREMIE also claimed that he did not know the backpack contained a firearm, and he stated that he had attended a court appearance at Roxbury District Court earlier in the day and brought the bag through security without issue.  He stated that he was visiting the O'Neill Federal Building to speak with the Social Security Administration about an issue with his account.  JEREMIE confirmed that an iPhone investigators had recovered from inside the backpack (visible at the top of the X-ray image on the preceding page) belonged to him.

## CONCLUSION

10.      Based on the foregoing, I submit that there is probable cause to believe that on May 18, 2026, Ashlie Jeremie, knowingly possessed or caused to be present a firearm or other dangerous weapon in a federal facility, in violation of 18 U.S. Code § 930(a).

Respectfully submitted,

David Durfee
Special Agent
Federal Protective Service

Sworn to me via telephone in accordance with Fed. R. Crim. P. 4.1 on May 19 , 2026

HONORABLE DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE

11:49 A.M.

4